**COREN | RESS**
ATTORNEYS AT LAW

Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
www.kcr-law.com

**Steven M. Coren**  Telephone (215) 735-8700
e-mail: scoren@kcr-law.com  Fax (215) 735-5170

September 14, 2023

**VIA ECF**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    **RE:   Jaroslawicz et al. v. M&T Bank Corporation et al., Case No.: 23-8038**

Dear Sir/Madam:

    As counsel for Respondents/Plaintiffs in the above-referenced matter, I respectfully request a one-week extension of the deadline to respond to Petitioners/Defendants' Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f) and Fed. R. App. P. 5.

    Petitioners/Defendants have consented to the extension.

    Thank you for your consideration.

                        Respectfully yours,

                        STEVEN M. COREN

cc:   Jonathan K. Youngwood, Esq. (via email)
      Tracy Richelle High, Esq. (via email and ECF)
      Brian M. Rostocki, Esq. (via email and ECF)
      Kevin R. Shannon, Esq. (via email)
      Francis J. Murphy, Esq. (via email and ECF)
      Jonathan L. Parshall (via email)